## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Joseph Mercola, et al.
                              Plaintiff,

v.                                                             Case No.: 1:14–cv–08170
                                                                 Honorable Gary Feinerman

Mostafa Abdou, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, September 22, 2017:

      MINUTE entry before the Honorable Gary Feinerman:In January 2017, Plaintiffs filed a motion for sanctions [292] against Defendant Koenig Group. By agreement, the court will not rule on that motion until after certain depositions take place. Because those depositions have not yet taken place, the motion is not ready for decision. Due to recordkeeping issues involving the Administrative Office of the U.S. Courts, the court asks Plaintiffs to re−file their motion by 9/26/2017. There is no need to notice the motion for presentment under Local Rule 5.3(b). The re−filed motion will be deemed for all substantive purposes to have been filed on 1/17/2017 (the date the original sanctions motion was filed). After Plaintiffs re−file their motion, the court will deny without prejudice the earlier filed motion. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.